**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
NORTHERN DISTRICT OF TEXAS

Case number (if known): _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Prudential Enterprise, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
82-2493500

**4. Debtor's address**

Principal place of business:
5121 69 th Suite A 112
Lubbock, TX 79424
Number, Street, City, State & ZIP Code

Lubbock
County

Mailing address, if different from principal place of business:
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business:
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Prudential Enterprise, LLC**   Case number (*if known*) _____
　　　Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
　　☐ A plan is being filed with this petition.
　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

---

Debtor **Prudential Enterprise, LLC** _____ Case number (*if known*) _____
     Name

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
      Contact name _____
      Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Prudential Enterprise, LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 2, 2024**
MM / DD / YYYY

X **/s/ George Castillo**
Signature of authorized representative of debtor

**George Castillo**
Printed name

Title **Managing Member**

**18. Signature of attorney**

X **/s/ Max R. Tarbox**
Signature of attorney for debtor

Date **December 2, 2024**
MM / DD / YYYY

**Max R. Tarbox 19639950**
Printed name

**Tarbox Law, P.C.**
Firm name

**2301 Broadway**
**Lubbock, TX 79401**
Number, Street, City, State & ZIP Code

Contact phone **(806) 686-4448**    Email address **tami@tarboxlaw.com**

**19639950 TX**
Bar number and State

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Prudential Enterprise, LLC** | |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** | ☐ Check if this is an amended filing |
| Case number (if known): | | |

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 84 Lumber PO Box 365 Pennsylvania, PA 15330 | | Business Debt | | | | $95,575.82 |
| American Express PO Box6031 Carol Stream, IL 60197-6031 | | Business Debt | | | | $58,318.33 |
| American Express PO Box6031 Carol Stream, IL 60197-6031 | | Business Debt | | | | $9,366.95 |
| American Express PO Box6031 Carol Stream, IL 60197-6031 | | Business Debt | | | | $3,546.14 |
| Arctic Cube Insulation LLC 405 6th Street Wolfforth, TX 79382 | | Business Debt | | | | $32,000.00 |
| Builders First Source 2230 Ave J Arlington, TX 76006 | | Business Debt | | | | $56,982.49 |
| Cedar Ridge Consulting 405 N I-27 Lubbock, TX 79403 | | Business Debt | | | | $12,833.00 |
| City Bank PO Box 5060 Lubbock, TX 79408 | | Business Debt | | | | $60,000.00 |
| debtors | | | | $22,000,000.00 | $0.00 | $22,000,000.00 |
| Earth Works Concrete Work 5939 E Hwy 662 Lubbock, TX 79406 | | Business Debt | | | | $13,000.00 |

Debtor **Prudential Enterprise, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **High Point Construction** 3410 Frankford Lubbock, TX 79401 | | **Business Debt** | | | | $39,748.00 |
| **Hugo Reed & Associates** 1601 Ave N Lubbock, TX 79401 | | **Business Debt** | | | | $33,203.10 |
| **Katopody LLC** PO Box 3068 Grapevine, TX 76099 | | **CPA-Business Debt** | | | | $100,000.00 |
| **Llano Waste Co** PO Box 988 Wolfforth, TX 79382 | | **Business Debt** | | | | $2,518.87 |
| **Lone Star Dirt & Paving** 11820 University Lubbock, TX 79423 | | **Business Debt** | | | | $8,752.41 |
| **Nugent Mechanical Contractors** 903 E Kent St Lubbock, TX 79403 | | **Business Debt** | | | | $53,000.00 |
| **Reliant Overhead Door** PO Box 94391 Lubbock, TX 79493 | | **Business Debt** | | | | $4,825.00 |
| **Triple C Concrete** 2008 E 50th St Lubbock, TX 79425 | | **Business Debt** | | | | $11,305.37 |
| **TSC Storage** 2414 N Frankford Lubbock, TX 79416 | | **Business Debt** | | | | $5,845.51 |
| **West Texas Brick & Stone** 405 N I-27 Lubbock, TX 79408 | | **Business Debt** | | | | $60,351.10 |

```
84 Lumber
PO Box 365
Pennsylvania, PA 15330


American Express
PO Box6031
Carol Stream, IL 60197-6031


Arctic Cube Insulation LLC
405 6th Street
Wolfforth, TX 79382


Builders First Source
2230 Ave J
Arlington, TX 76006


Cedar Ridge Consulting
405 N I-27
Lubbock, TX 79403


City Bank
PO Box 5060
Lubbock, TX 79408


debtors


Earth Works Concrete Work
5939 E Hwy 662
Lubbock, TX 79406


High Point Construction
3410 Frankford
Lubbock, TX 79401
```

```
Hugo Reed & Associates
1601 Ave N
Lubbock, TX 79401


Katopody LLC
PO Box 3068
Grapevine, TX 76099


Llano Waste Co
PO Box 988
Wolfforth, TX 79382


Lone Star Dirt & Paving
11820 University
Lubbock, TX 79423


Nugent Mechanical Contractors
903 E Kent St
Lubbock, TX 79403


Reliant Overhead Door
PO Box 94391
Lubbock, TX 79493


Timberlake Weaver
1408 A Buddy Holly Ave
Lubbock, TX 79401


Triple C Concrete
2008 E 50th St
Lubbock, TX 79425


TSC Storage
2414 N Frankford
Lubbock, TX 79416
```

```
Tucker Oil
PO Box 160
Slaton, TX 79364


TXU Energy
PO Box 650638
Dallas, TX 75265


West Texas Brick & Stone
405 N I-27
Lubbock, TX 79408
```

# United States Bankruptcy Court
## Northern District of Texas

In re  **Prudential Enterprise, LLC**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Prudential Enterprise, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 2, 2024**
Date

**/s/ Max R. Tarbox**
**Max R. Tarbox 19639950**
Signature of Attorney or Litigant
Counsel for **Prudential Enterprise, LLC**
**Tarbox Law, P.C.**
**2301 Broadway**
**Lubbock, TX 79401**
**(806) 686-4448 Fax:(806) 368-9785**
**tami@tarboxlaw.com**